PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
ARELIS M. CLEMENTE
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00222-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION RE INITIAL APPEARANCE, ARRAIGNMENT ON INFORMATION, AND CHANGE OF PLEA HEARING |
| v. | |
| HENRY ELLARD, JR., | |
| Defendant. | |

The defendant has been charged in this case by information and the parties have filed a plea agreement to resolve the case pre-indictment. The parties request that the Court schedule an initial appearance, arraignment on the information, and change of plea hearing for November 6, 2024, at 8:30 a.m., before the assigned District Judge. The parties have cleared this date with the Court. Time under the speedy trial act has not begun to run because the defendant has not made his initial appearance in this case.

///

///

Nonetheless, and out of abundance of caution, the parties request that the Court exclude time under the Speedy Trial Act from September 17, 2024, through November 6, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: September 17, 2024

*/s/ Jeffrey Hammerschmidt*
Jeffrey Hammerschmidt
Counsel for Henry Ellard, Jr.

Dated: September 17, 2024

*/s/ Joseph Barton*
Joseph Barton
Arelis Clemente
Assistant United States Attorneys

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:24-cr-00222-NODJ-BAM |
|---|---|
| Plaintiff, | ORDER RE INITIAL APPEARANCE, ARRAIGNMENT ON INFORMATION, AND CHANGE OF PLEA HEARING |
| v. | |
| HENRY ELLARD, JR., | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, an initial appearance, arraignment on the information, and change of plea hearing are scheduled for **November 6, 2024, at 8:30 a.m., before the assigned District Judge**. Time under the Speedy Trial Act is excluded from September 17, 2024, through November 6, 2024, for purposes of defense preparation and continuity of defense counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: **September 18, 2024**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE