Jeffrey T. Hammerschmidt, #131113
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, HENRY ELLARD, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>HENRY ELLARD, JR.,<br><br>  Defendant | Case No.: 1:24-CR-00222-NODJ-BAM<br><br>**STIPULATION CONTINUING SENTENCING; AND ORDER** |

Defendant Henry Ellard, Jr., by and through his counsel of record, Jeffrey T. Hammerschmidt, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, the sentencing hearing in 1:24-CR-00222-NODJ-BAM was set for February 24, 2025.

2. By this stipulation, the parties now move to continuing sentencing to April 7, 2025.

//

//

//

3. The parties need additional time to allow probation to prepare their report from the January 22, 2025, interview of Mr. Ellard.

IT IS SO STIPULATED

Dated: January 24, 2025                     MICHELE BECKWITH
                                            Acting United States Attorney


                                            /s/ ARELIS M. CLEMENTE
                                            ARELIS M. CLEMENTE
                                            Assistant United States Attorney


Dated: January 24, 2025                     /s/ JEFF HAMMERSCHMIDT
                                            JEFF HAMMERSCHMIDT
                                            Counsel for Defendant
                                            HENRY ELLARD, JR.


## ORDER

IT IS SO ORDERED that the sentencing hearing is continued from February 24, 2025, to **April 7, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **January 27, 2025**                /s/ Barbara A. McAuliffe
                                            UNITED STATES MAGISTRATE JUDGE